UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steve Podkulski

          v.                      Civil No. 11-cv-102-JL

Doe et al

O R D E R

    I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated December 20, 2011 and March 12, 2012, no objections having been filed. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

April 18, 2012

_____
Joseph N. Laplante
Chief Judge

cc:   Steve Podkulski, Pro se
      John A. Curran, Esq.