UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steve Podkulski</u>

      v.                                  Civil No. 11-cv-102-JL

<u>Doe et al</u>

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 3, 2011.

SO ORDERED.

June 5, 2012

_____
Joseph N. Laplante
Chief Judge

cc:   Steve Podkulski, Pro se