UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Steve Podkulski

   v.                                                      Civil No. 11-cv-102-JL

Jane Doe et al.


**O R D E R**

Before the court is a motion to seal at Level II the last known address information for defendant Ryan Donovan (doc. no. 43). The motion is granted as follows.

Defendants must file conventionally, within five days of the date of this order, a document containing the last known address of Ryan Donovan, for use in serving process in this action pursuant to Fed. R. Civ. P. 4(c)(3) and 4(e). The document at issue shall be sealed at Level II, pursuant to LR 83.11, until further order of this court.

The clerk's office shall use the address information to prepare and issue a summons for Ryan Donovan. The summons, along with any return of service executed by Donovan, shall be sealed at Level II, pending further order of this court, and an electronic copy of each document shall be docketed, with the address redacted.

The clerk's office shall forward the summons to the United States Marshal for the District of New Hampshire ("U.S. Marshal's Office"). The U.S. Marshal's Office shall use and disclose the summons only to the extent necessary to serve process on Donovan in this action, pursuant to Fed. R. Civ. P. 4(e). The clerk's office shall also provide to the U.S. Marshal's Office: the second amended complaint (doc. no. 36); the report and recommendation issued on May 3, 2012 (doc. no. 31); the order issued on June 5, 2012 (doc. no. 37); the report and recommendation issued on this date; the separately docketed order issued on this date; and this order, all of which the U.S. Marshal's Office shall serve upon Donovan along with the summons. See Fed. R. Civ. P. 4(c)(3) and 4(e).

Donovan is instructed to answer or otherwise plead within twenty-one days of service. See Fed. R. Civ. P. 12(a)(1)(A).

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

October 11, 2012

cc: Steve Podkulski, pro se
    John Curran, Esq.

LBM:nmd