**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Steve Podkulski

   v.                                    Civil No. 11-cv-102-JL

John Doe, et al.

**NOTICE OF RULING**

Re:  Document No. 57, Motion for Leave to File Early Summary
Judgment Motions

    Granted.  Defendant may file early motion for summary
judgment pursuant to Fed. R. Civ. P. 56(b).  If plaintiff seeks
discovery on matters related to the issues raised in the
defendants' motion for summary judgment, plaintiff must file a
motion for discovery (and to extend time to respond to the
motion for summary judgment if needed) within fourteen days of
the date the motion for summary judgment is filed, explaining
what materials are needed and how those materials are relevant
to plaintiff's response to the issues presented in defendants'
summary judgment motion.

 

_____
Landya McCafferty
United States Magistrate Judge

Date:  January 23, 2013

cc: Steve Podkulski, pro se
    John A. Curran, Esq.