```
            UNITED STATES DISTRICT COURT
             DISTRICT OF NEW HAMPSHIRE
```

Steve Podkulski

    v.                                Civil No. 11-cv-102-JL

John Doe, et al.

O R D E R

On February 13, 2013, a preliminary pretrial conference was held in this case. Plaintiff appeared via telephone on his own behalf; Attorney John Curran appeared for defendants. The parties have agreed to file with the court a joint proposed discovery plan on or before March 15, 2013.

    SO ORDERED.

                                        _____
                                        Landya B. McCafferty
                                        United States Magistrate Judge

February 13, 2013

cc:  Steve Podkulski, pro se
     John A. Curran, Esq.