UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steve Podkulski

   v.                                       Civil No. 11-cv-102-JL

John Doe, et al.

### NOTICE OF RULING

Re:  Document No. 62, Motion to Extend Time to File Joint Discovery Plan from 3/15/13 to 4/15/13

Ruling: Granted in part.  Pursuant to Federal Rule of Civil Procedure 16(b)(2), a scheduling order must issue "within the earlier of 120 days after any defendant has been served with the complaint or 90 days after any defendant has appeared."  I calculate April 16, 2013, as the date by which a scheduling order must be issued.  Thus, the parties shall file a proposed scheduling order (either jointly or separately) on or before April 1, 2013, to allow compliance with Rule 16(b)(2).  Where there are disputes, the court will resolve them on the papers submitted.

_____
Landya McCafferty
United States Magistrate Judge

Date: March 11, 2013

cc: Steve Podkulski, pro se
    John A. Curran, Esq.