UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steve Podkulski

    v.                            Civil No. 11-cv-102-JL

John Doe, et al.

O R D E R

The court has reviewed document no. 64.  The principal dates and discovery deadlines adopted as the scheduling order in this case are summarized in the chart below.

| Scheduling Designation | Deadline |
|---|---|
| **Challenges to Expert Testimony** | April 15, 2013 |
| **Joinder of Additional Parties** | Plaintiff: June 17, 2013<br>Defendants: July 1, 2013 |
| **Amendment of Pleadings** | Plaintiff: June 17, 2013<br>Defendants: July 1, 2013 |
| **Third-Party Actions** | July 1, 2013 |
| **Motions to Dismiss** | September 1, 2013 |
| **Experts and Experts' Written Reports** | Plaintiff: December 15, 2013<br>Defendants: February 18, 2014 |
| **Motions for Summary Judgment** | January 2, 2014 |
| **Experts Supplementation under Rule 26(e)** | Plaintiff: March 3, 2014<br>Defendants: March 17, 2014 |
| **Completion of Discovery** | April 15, 2014 |
| **Type of Trial** | Jury |
| **Trial Date** | Two-week period beginning June 3, 2014 |

Plaintiff has included requests for audio and visual discovery.  Plaintiff shall request discovery from defendants in

accordance with this order and the Federal Rules of Civil Procedure.

_____
Landya B. McCafferty
United States Magistrate Judge

April 9, 2014

cc: Steve Podkulski, pro se
    John A. Curran, Esq.