```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Steve Podkulski

   v.                                      Civil No. 11-cv-102-JL

John Doe, et al.

## NOTICE OF RULING

    Re:  Document No. 67, Motion to Appoint Counsel

    Ruling: Denied.  The motion to appoint counsel (doc. no. 67) is denied without prejudice.  The clerk is directed to provide a copy of this court's local rules to plaintiff.  As plaintiff may use written discovery tools and seek continuances for good cause, he has not shown that exceptional circumstances exist at this time warranting counsel's appointment.

                                          _____
                                          Landya McCafferty
                                          United States Magistrate Judge

May 20, 2013

cc: Steve Podkulski, pro se
    John A. Curran, Esq.