```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Steve Podkulski

    v.                                              Civil No. 11-cv-102-JL

Doe et al

## O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 14, 2013.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986)(after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

   SO ORDERED.

                                                              _____
                                                              Joseph N. Laplante
                                                             Chief Judge

Date: October 25, 2013

cc:  Steve Podkulski
     John A. Curran, Esq.